# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
BRENDA WHITE,

     Plaintiff,

     v.                                    CV 224-040

OLD NAVY and SUZANNE PASCIUTE,

     Defendants.
```

### ORDER

Plaintiff initiated this civil rights action on March 18, 2024. Dkt. No. 1. Therefore, Plaintiff was required to serve Defendants on or before June 17, 2024. Fed. R. Civ. P. 4(c), (m). To date, Defendants have not been served with process and have not appeared in this action. However, upon filing her complaint, Plaintiff moved the Court for leave to proceed in this action *in forma pauperis*. Dkt. No. 2. The Court only recently denied her motion. Dkt. No. 4. Therefore, the Court extends the time within which Plaintiff must serve Defendants with process and **ORDERS** that Plaintiff serve Defendants with process on or before October 1, 2024. Plaintiff's failure to show good cause for not serving Defendants by that date will result in dismissal of this action without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5).

**SO ORDERED,** this 21 day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA